UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA )
) CRIMINAL NO. 04-30051 MAP
)
) VIOLATIONS:
v. )
) 18 U.S.C. §2252(a)(4)(B)
) Possession of Child
) Pornography
ROBERT SOKOLOWSKI, )
Defendant ) 18 U.S.C. §2253(a)
) Criminal Forfeiture
)

## INDICTMENT

The Grand Jury charges:

**COUNT ONE:**   (18 U.S.C. § 2252(a)(4)(B)- Possession
Of Child Pornography)

Between on or about January 1, 2004 and June 3, 2004, at Amherst, within the District of Massachusetts, and elsewhere,

**ROBERT SOKOLOWSKI**

defendant herein, did knowingly possess one or more matters containing visual depictions that had been mailed, shipped and transported in interstate or foreign commerce and which were produced using materials that were shipped and transported in interstate and foreign commerce, the production of which involved the use of a minor engaging in sexually explicit conduct and which visual depictions were of such conduct.

All in violation of Title 18, United States Code, Section 2252(a)(4)(B).

**SUPPLEMENTAL FINDINGS**

**COUNT ONE:**

The Grand Jury further finds with respect to Count One that:

1. The offense involved material that portrays sadistic and masochistic conduct and other depictions of violence.

2. The material involved a prepubescent minor and a minor under the age of 12 years.

3. A computer was used for the transmission of the material.

4. The offense involved possessing 150 or more items containing a visual depiction involving the sexual exploitation of a minor.

FORFEITURE ALLEGATIONS

### 18 U.S.C. § 2253(a) -- Criminal Forfeiture

1. The allegations of Count One of this Indictment are hereby repeated and incorporated herein by reference for the purpose of alleging forfeiture to the United States under Title 18, United States Code, Section 2253(a).

2. Upon conviction on Count One hereof, the defendant **ROBERT SOKOLOWSKI** shall forfeit to the United States any and all matter which contains visual depictions produced, transported, shipped or received in violation of Title 18, United States Code, Sections 2252 and/or 2252A; any property constituting or derived from any proceeds the defendant obtained directly or indirectly as a result of the said violations; and any and all property used or intended to be used in any manner or part to commit and to promote the commission of the aforementioned violations, including the computer system and related items that were seized by law enforcement officials from his residence on June 3, 2004.

All pursuant to Title 18, United States Code, Section 2253(a).

A TRUE BILL

_____
FOREPERSON OF THE GRAND JURY

_____
Ariane D. Vuono
Assistant United States Attorney


DISTRICT OF MASSACHUSETTS: _____

Returned into the District Court by the Grand Jurors and filed on October 26, 2004.

_____
DEPUTY CLERK OF THE COURT

4

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES | ) | Criminal No. 04- 30051 MAP |
| | ) | |
| v. | ) | VIOLATIONS: |
| | ) | |
| | ) | 18 U.S.C. § 2252(a)(4)(B) |
| | ) | Possession of Child Pornography |
| | ) | |
| ROBERT SOKOLOWSKI, | ) | |
| | ) | |
| Defendant | ) | |
| | ) | |

### MOTION TO SEAL

The United States of America, by and through Michael J. Sullivan, United States Attorney for the District of Massachusetts, moves this Court, pursuant to FRCP 6(e)(4), to seal the indictment (and direct that no person shall disclose the return of the indictment except when necessary for the issuance and execution of a warrant or summons) until the defendant is in custody or has been released pending trial in the above-captioned case and the Court has ordered the indictment unsealed.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: /s/ Ariane D. Vuono
ARIANE D. VUONO
Assistant U.S. Attorney

Dated: October 26, 2004

October 26, 2004.  Allowed
[signature]