UNITED STATES OF AMERICA
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| | ) No. 04-30051 |
| vs. | ) |
| | ) |
| ROBERT SOKOLOWSKI, | ) |
| Defendant | ) |

MOTION TO FILE DISCOVER REQUEST LETTER LATE

Now comes the Defendant and moves this Court that the time by which the defendant may file his discovery letter three days late for the following reason.

The defendant just finished a first-degree murder trial and a second-degree murder appeal, which he has been working on for the past several months.

Attorney Alan J. Black
1383 Main Street
Springfield, MA 01103
(413) 732-5381
BBO No. 553768

CERTIFICATE OF SERVICE

The defendant hereby certifies that on December 16, 2004 he has served Assistant United States Attorney Ariane Vuone with a copy of this motion by hand delivering said copy on her at her office at the Federal Building, Main Street Suite 310, Springfield, MA.

Attorney Alan J. Black
1383 Main Street
Springfield, MA 01103
(413) 732-5381
BBO No. 553768