FILED
'S OFFICE

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

2004 DEC 17 P 5:08

U.S.            RT

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| v. ) | CRIMINAL NO. 04-30051-MAP |
| ) | |
| ) | |
| ROBERT SOKOLOWSKI, ) | |
| ) | |
| Defendant. ) | |

THE GOVERNMENT'S STATUS
REPORT PURSUANT TO LOCAL RULE 116.5(A)

The United States of America, by Michael J. Sullivan, United

States Attorney for the District of Massachusetts, hereby submits

the following status report pursuant to Local Rule 116.5(A) and

Magistrate Judge Neiman's written order.

1.   The government states that this is not a complex case

and therefore the timing requirements imposed by Local Rule 116.3

should be followed.

2.   The government anticipates that the defendant will

request discovery concerning expert witnesses under Fed.R.Crim.P.

16(a)(1)(E).  The government requests reciprocal discovery

pursuant to Fed.R.Crim.P. 16(B)(1)(C).  Accordingly, it is

appropriate for the Court to establish dates for response by the

parties.

3.   The government believes that there will be additional

discovery to be provided by the government and the defendant as a result of the future receipt of information, documents, or reports of examinations or tests.

4.  The government states that a motion date should be established under Fed.R.Crim.P. 12(c).

5.  The government states that the time from arraignment, through the present is excludable from the Speedy Trial Act pursuant to 18 U.S.C. Section 3161(h)(8)(A) and Local Rule 112.2(A)(1),(2), and (3).  Accordingly, the government requests that the Court issue an order indicating that the time from arraignment to the present is excludable pursuant to Local Rule 112.2(B).

6.  The government anticipates a trial in this case which will require approximately one week consisting of four hour trial days.

7.  The government states that it is premature to establish a final status conference at this time.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:  _Ariane D. Vuono /s_

Ariane D. Vuono
Assistant U.S. Attorney

Dated: December 17, 2004

CERTIFICATE OF SERVICE

Hampden, ss.

                              Springfield, Massachusetts
                              December 17, 2004

     I, Ariane D. Vuono, Assistant U.S. Attorney, do hereby
certify that I have served a copy of the foregoing by fax to Alan
Black, 1383 Main Street, Springfield, MA 01103.


                         Ariane D. Vuono /ES
                         _____
                         Ariane D. Vuono
                         Assistant U.S. Attorney