

U.S. Department of Justice

*Michael J. Sullivan*
United States Attorney
District of Massachusetts

*Main Reception: (413) 785-0235*
*Facsimile:    (413) 785-0394*

Federal Building and Courthouse
1550 Main Street, Room 310
Springfield, Massachusetts 01103

December 17, 2004

Atty. Alan Black
1383 Main Street
Springfield, MA 01103

    Re: <u>U.S. v. Robert Sokoloski Criminal No. 04-30051-MAP.</u>

Dear Attorney Black:

    This letter will respond to your discovery request letter dated December 16, 2004.

    As you are aware, Local Rule 116.3(D) prohibits any defendant who is participating in automatic discovery, as is Mr. Sokolowski, from requesting in a discovery request letter any information that is required to be produced under Local Rule 116.1. To the extent that your December 16th letter seeks such information, the government refers you to its automatic discovery letter dated November 22, 2004. Because your letter appears to have mingled requests for discovery that is covered by Local Rule 116.1 and discovery that is not covered by that Rule, the government is unclear as to what specific information you are seeking to discover in addition to that which already has been provided to you.

    Accordingly, I am writing to request that you please forward to me at your earliest convenience a letter that lists (1) those specific items of discovery that you have identified and would like the government to produce, and (2) any other category of information that you are seeking that is not covered under Local

Rule 116.1.

    In the event that you believe that there are additional items of discovery covered by Local Rule 116.1 that have not been produced, please include that information in your letter as well, and I will rectify any omissions immediately.

    Please call me if you have any questions or would like to discuss this matter further.

                                      Very truly yours,

                                      MICHAEL J. SULLIVAN
                                    United States Attorney

                    By:    /s/ Ariane D. Vuono
                              Ariane D. Vuono
                              Assistant U.S. Attorney

cc    Clerk, U.S. District Court