UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>v.                                    )<br>)<br>)<br>ROBERT SOKOLOSKI,              )<br>            Defendant            ) | Criminal No. 04-30051-MAP |

INTERIM SCHEDULING ORDER
December 20, 2004

NEIMAN, U.S.M.J.

The following schedule was established at the initial Status Conference this day:

1. The Government shall makes its expert disclosures by January 31, 2005, and Defendant shall provide reciprocal expert disclosures by February 29, 2005.

2. A final status conference will be held on March 11, 2005, at 10:30 a.m. in Courtroom III.

3. On or before the close of business, March 9, 2005, a joint memorandum addressing the items set forth in Local Rule 116.5(A)(1) through (7) shall be filed with the court.

IT IS SO ORDERED.

/s/   Kenneth P. Neiman
KENNETH P. NEIMAN

                                          U.S. Magistrate Judge