UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>v.                      )<br>)<br>ROBERT SOKOLOWSKI,      )<br>)<br>Defendant.              ) | CRIMINAL NO. 04-30051-MAP |

GOVERNMENT'S AND DEFENDANT'S JOINT MOTION
TO CONTINUE THE STATUS CONFERENCE

The United States of America, by Michael J. Sullivan, United States Attorney for the District of Massachusetts, and Alan J. Black, Esq., counsel for Robert Sokolowski, respectfully request that the status conference hearing scheduled for March 11, 2005, be continued. In support of its motion the parties state the following:

1. The status conference is currently scheduled for March 11, 2005 at 10:30 a.m.

2. Counsel for the government will be out of the state from March 9, 2005, until at least March 23, 2005, due to an illness in the family.

3. Counsel for the defendant will be unable to attend due to illness.

Accordingly, the parties respectfully request that the status conference be continued to a date, convenient for this

Court, after March 23, 2005.

                        Respectfully submitted,

                        MICHAEL J. SULLIVAN
                        United States Attorney

By:   /s/ Kan O'Regan, AUSA for
      Ariane D. Vuono
      Assistant U.S. Attorney

      /s/ Kan O'Regan, AUSA for
      Alan Black, Esq.
      Counsel for Robert Sokolowski

Dated: March 10, 2005