UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>v.   )<br>)<br>ROBERT SOKOLOWSKI,   )<br>)<br>Defendant.   ) | CRIMINAL NO. 04-30051-MAP |

GOVERNMENT'S MOTION
TO CONTINUE THE STATUS CONFERENCE
(Assented to)

The United States of America, by Michael J. Sullivan, United States Attorney for the District of Massachusetts, respectfully requests that the status conference hearing scheduled for March 31, 2005, be continued. In support of its motion the government states the following:

1. The status conference is currently scheduled for March 31, 2005, at 2:30 p.m.

2. Counsel for the government will be out of the state the week of March 31, 2005, attending her mother's funeral.

3. Counsel for the defendant, Alan Black, Esq., assents to this motion. In addition, attorney Black informed this office that he is available on the afternoons of April 7, April 12, and April 13, 2005.

Accordingly, the government respectfully requests that the

status conference be continued to a date, convenient for this Court and attorney Black, after April 4, 2005.

                              Respectfully submitted,

                              MICHAEL J. SULLIVAN
                              United States Attorney

By:   /s/ Ariane D. Vuono
       Ariane D. Vuono
       Assistant U.S. Attorney

Dated: March 28, 2005

## CERTIFICATE OF SERVICE

Hampden, ss.                           Springfield, Massachusetts
                                                  March 28, 2005

    I, Ariane D. Vuono, Assistant U.S. Attorney, do hereby certify that I have served a copy of the foregoing by mail to Alan Black, Esq., 1383 Main Street, Springfield, MA 01103.

                                      /s/ Ariane D. Vuono
                                      Ariane D. Vuono
                                      Assistant U.S. Attorney