UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 04-30051-MAP |
| ) | |
| ROBERT SOKOLOWSKI, ) | |
| Defendant ) | |

FINAL STATUS REPORT
April 14, 2005

NEIMAN, U.S.M.J.

The court held to a final status conference on April 13, 2005. In accord with Local Criminal Rule 116.5(D), the court reports as follows:

1. The parties have indicated that Defendant will be changing his plea. A Rule hearing has been scheduled for May 26, 2005, at 3:00 p.m. in Courtroom I.

2. All discovery has been completed.

3. The parties report and the court finds that no time has run on the Speedy Trial clock as of April 13, 2005. An Order of Excludable Delay will issue.

4. There are no other matters relevant to report.

    /s/ Kenneth P. Neiman
KENNETH P. NEIMAN
U.S. Magistrate Judge