UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>v.                                       )<br>)<br>ROBERT SOKOLOWSKI,              )<br>)<br>    Defendant.                   ) | CRIMINAL NO. 04-30051-MAP |

GOVERNMENT'S MOTION
TO CONTINUE THE PLEA HEARING DATE
(Assented to)

The United States of America, by Michael J. Sullivan, United States Attorney for the District of Massachusetts, respectfully requests that the plea hearing scheduled for May 26, 2005, be continued to June 24, 2005, at 11:30 a.m. In support of its motion the government states the following:

    1. The plea hearing is currently scheduled for May 26, 2005, at 3:00 p.m.

    2. Counsel for the government will be unavailable on that date.

    3. Counsel for the defendant, Alan Black, Esq., assents to this motion.

    Accordingly, the government respectfully requests that the status conference scheduled for May 26, 2005, be continued to June 24, 2005, at 11:30 a.m.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: /s/ Ariane D. Vuono
Ariane D. Vuono
Assistant U.S. Attorney

Dated: May 11, 2005

CERTIFICATE OF SERVICE

Hampden, ss.                                Springfield, Massachusetts
                                            May 11, 2005

    I, Ariane D. Vuono, Assistant U.S. Attorney, do hereby certify that I have served a copy of the foregoing by mail to Alan Black, Esq., 1383 Main Street, Springfield, MA 01103.

/s/ Ariane D. Vuono
Ariane D. Vuono
Assistant U.S. Attorney