UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA, )
        Plaintiff, )
) Criminal No. 04-30051-MAP
v. )
)
ROBERT SOKOLOWSKI, )
        Defendant. )

**PRELIMINARY ORDER OF FORFEITURE**

PONSOR, D.J.

WHEREAS, on or about October 26, 2004, a federal grand jury sitting in the District of Massachusetts returned a one-count Indictment charging defendant Robert Sokolowski, (the "Defendant"), with Possession of Child Pornography, in violation of 18 U.S.C. §2252(a)(4)(B)(Count One). The Indictment also contained a Criminal Forfeiture allegation, pursuant to 18 U.S.C. §2253(a);

WHEREAS, the allegation sought the forfeiture, as a result of committing the offense alleged in Count One of the Indictment, of (1) any and all matter which contains visual depictions produced, transported, shipped, received or possessed in violation of 18 U.S.C. §2252 and/or 2252A, (2) any property constituting or derived from any proceeds the defendant obtained directly or indirectly as a result of the said violations, and (3) any and all property used or intended to be used in any manner or part to commit and to promote the commission of the aforementioned violation, including, but not limited to, the computer system and related items that were seized by law enforcement officials from the Defendant's residence

on June 3, 2004 (the "Property");

WHEREAS, on or about June 24, 2005, a Change of Plea Hearing was held whereby the Defendant entered a plea of guilty to Count One of the Indictment;

AND WHEREAS, by virtue of the Defendant's guilty plea and pursuant to 18 U.S.C. §2253(e), and Rule 32.2 of the Federal Rules of Criminal Procedure, the United States is now entitled to a Preliminary Order of Forfeiture against the Property. See Rule 32.2(b)(2); 18 U.S.C. §2253(e);

ACCORDINGLY, it is hereby ORDERED, ADJUDGED, and DECREED:

1. The United States' Motion for Entry of a Preliminary Order of Forfeiture is ALLOWED.

2. Based upon the conviction of the Defendant, the United States is hereby authorized to seize the Property and it is hereby forfeited to the United States of America for disposition pursuant to the provisions of 18 U.S.C. § 2253.

3. The United States shall hold the seized Property in its secure control and custody.

4. Pursuant to 18 U.S.C. § 2253, the United States shall take any other appropriate steps pursuant to the statute's applicable provisions to seize, forfeit, and dispose of the Property, giving notice as required by law.

5. Pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure, this Preliminary Order of Forfeiture shall become final as to the Defendant at the time of sentencing, or at any time

before sentencing if the Defendant consents, and must be made a part of the sentence and included in the judgment.

6. This Court shall retain jurisdiction to enforce this order and to amend it as necessary pursuant to Rule 32.2(e) of the Federal Rules of Criminal Procedure.

7. Upon adjudication of all third party interests, this Court will enter a Final Order of Forfeiture pursuant to Rule 32.2(c)(2) of the Federal Rules of Criminal Procedure.

_____
MICHAEL A. PONSOR
United States District Judge

Date:
9·1·05