UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

NO. 04-30051

UNITED STATES OF AMERICA )
)
)
V. )
)
ROBERT SOKOLOWSKI
_____ )

**ASSENTED TO MOTION TO CONTINUE**

    Now comes the Defendant, Robert Sokolowski, in the above-entitled matter and respectfully requests that he may have additional time to complete his objections to the pre-sentence report. The Defendant is also requesting that the sentencing hearing be continued from September 16, 2005 to such a date as is mutually agreeable to all parties. The reasons for this motion are as follows:

1. Attorney for the defendant has just finished a two week murder trial in Hampden Superior Court in the case of Commonwealth v. Michael Cobbin;

2. In addition to trying the above named case Attorney for the defendant has been preparing the case of USA v. Cirilo Delgado, which is scheduled to begin trial on September 19, 2005.

Assistant United States Attorney Ariane Vuono has assented to this motion.

>THE DEFENDANT
>/s/ Alan J. Black
>Alan J. Black, Esq.
>1383 Main Street
>Springfield, MA  01103
>Phone:  (413) 732-5381
>Fax:  (413) 739-0046
>BBO# 553768
>
>/s/ Ariane Vunono
>Ariane Vuono, AUSA