*Law Office of*

# Alan J. Black

1383 Main Street
Springfield, MA  01103

Telephone (413) 732-5381
Fax (413) 739-0446

**\*\*Admitted in MA, CT, & CA**

October 24, 2005

Judge  Michael Ponsor
United States District Court
Western Division
1550 Main Street
Springfield, MA  01103

      RE:    <u>USA v. Robert Sokolowski</u>
              <u>Docket No.:  04-30051-MAP</u>

Dear Judge Ponsor:

    After meeting with my client subsequent to sentencing he has advised me that he would like for a recommendation to be made for him to be housed at FMC Devens in Massachusetts.

    Thank you in advance for your attention to this matter.  If you have any questions do not hesitate to contact our office.

                                        Very Truly Yours,

                                        Alan J. Black, Esq.