STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES ) <br> OF AMERICA ) <br> ) <br> ) <br> ) <br> V. ) <br> ) <br> ROBERT SOKOLOWSKI, ) <br>     Defendant, ) <br> ) | CRIMINAL NO. 04-30051 MAP |

## ASSENTED TO MOTION TO MODIFY DEFENDANT'S DATE IN WHICH TO SURRENDER

    Now comes the Defendant, Robert Sokolowski, and hereby moves this honorable court to modify his date in which to surrender from November 18, 2005 to November 25, 2005 to allow him to celebrate Thanksgiving with his family.

    This motion was assented to by Assistant United States Attorney Ariane Vuono.

RESPECTFULLY SUBMITTED
THE DEFENDANT

By: /s/ Alan J. Black
ALAN JAY BLACK
His Attorney
BBO# 553768
1383 Main Street
Springfield, MA 01103
(413) 732-5381