UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>Plaintiff, )<br>)<br>)<br>V. )<br>)<br>ROBERT SOKOLOWSKI )<br>Defendant, )<br>_____ ) | No. 3 04 CR 30051 001 MAP |

## NOTICE OF APPEAL

Pursuant to Rules 3 and 4 (a) of the Federal Rules of Appellate Procedure, notice is hereby given that the defendant in the above case being aggrieved by certain opinions, rulings, directions, and judgments of the Court, hereby appeals the following:

1. The sentence that judge Michael Ponsor Imposed on October 21, 2005.

Respectfully submitted,
THE DEFENDANT

By: _____
ALAN JAY BLACK
BBO No. 553768
1383 Main Street
Springfield, MA 01103
(413) 732-5381

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>　　　Plaintiff, )<br> )<br> )<br>V. )<br> )<br>ROBERT SOKOLOWSKI )<br>　　　Defendant, )<br>_____ ) | No. 3 04 CR 30051 001 MAP |

## CERTIFICATE OF SERVICE

　　I, ALAN J. BLACK, attorney for the DEFENDANT, hereby certify that I have served a copy of the attached Notice of Appeal by delivering in hand, on this 21st day of November 2005, to Ariane Vuono at the Office of the United States Attorney, 1550 Main Street, Springfield, MA.

_____
Alan J. Black, Esq.