UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

USCA Docket Number:

USDC Docket Number : 04-cr-30051

United States of America

v.

Robert Sokolowski

## CLERK'S CERTIFICATE

I, Sarah A Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents as indicated on the certified copy of the docket and contained in Volume(s) I are the original pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 11/21/05.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on November 29, 2005.

Sarah A. Thornton, Clerk of Court

By: _____
Jeanette Ramos, Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: 11/29/05

_____
Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

- 3/05

APPEAL

# United States District Court
## District of Massachusetts (Springfield)
### CRIMINAL DOCKET FOR CASE #: 3:04-cr-30051-MAP-ALL

| | |
|---|---|
| Case title: USA v. Sokolowski | Date Filed: 10/26/2004 |

Assigned to: Judge Michael A Ponsor

**Defendant**

**Robert Sokolowski** (1)
*TERMINATED: 10/26/2005*

represented by **Alan J. Black**
Alan Black, Attorney at Law
1383 Main Street
Springfield, MA 01103
413-732-5381
Fax: 413 739-0446
Email: alanblack@alblack.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

**Pending Counts**

POSSESSION OF CHILD
PORNOGRAPHY
(1)

**Disposition**

46 Months imprisonment; Jud Rec: Def. permitted to serve sentence at the Federal Facility located at FMC Devens, MA; Def. to self report before 2:00 pm on 11/25/05 (Amended date by motion prior to Judgment issued) Sup. Rel. 3 yrs; Possess no firearm; Submit to collection of DNA sample; Part. in sex offender specific treatment program which may include sex offender specific testing and contribute to costs; Required to submit to periodic polygraph testing to insure def. is in compliance w/requirements of therapeutic program and contribute to costs; Prohibited from engaging in an occupation, business, or profession that would require or enable him to have direct or indirect supervision of children under the age of 18 and is not to have unsupervised contact with anyone under the age of 18; Prohibited from possessing a computer and or related

materials except as deemed necessary for work purposes; no viewing or poss. of any kind of pornography or sexually explicit materials; no use of internet at home, work or elsewhere; prohibited from maintaining a computer at his residence; shall use true name and prohibited from the use of any false identifying information which includes but is not limited to aliases, false dates of birth, false social security numbers and incorrect places of birth, report his address and any subsequent address changes to probation; register as sex offender as required in any state where he resides, is employed, carries on a vocation or is a student; Assessment of $100 due immediately; Forfeiture of Computer system and all related items seized by the Government

**Highest Offense Level (Opening)**
Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**
None

| **Complaints** | **Disposition** |
|---|---|
| None | |

---

**Plaintiff**

| **USA** | represented by | **Ariane D. Vuono** |
| | | United States Attorney's Office |
| | | 1550 Main Street |
| | | Springfield, MA 01103 |
| | | 413-785-0330 |
| | | Fax: 413-785-0394 |
| | | Email: Ariane.Vuono2@usdoj.gov |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 10/26/2004 | 1 | MOTION to Seal Case as to Robert Sokolowski by USA. (Healy, Bethaney) (Entered: 10/26/2004) |
| 10/26/2004 |  | Magistrate Judge Kenneth P. Neiman. ELECTRONIC ORDER granting [1] Motion to Seal Case as to Robert Sokolowski (1) ENTERED. (Healy, Bethaney) (Entered: 10/26/2004) |
| 10/26/2004 | 2 | SEALED INDICTMENT as to Robert Sokolowski (1) count(s) 1. (Healy, Bethaney) (Entered: 10/26/2004) |
| 10/26/2004 |  | Arrest Warrant Issued as to Robert Sokolowski. (Healy, Bethaney) (Entered: 10/26/2004) |
| 10/27/2004 |  | Electronic Clerk's Notes for proceedings held before Magistrate Judge Kenneth P. Neiman. Counsel for Govt (Atty Smyth) and Defendant appear for Initial Appearance as to Robert Sokolowski held on 10/27/2004. Deft arrested on warrant issued by this court. Deft advised of rights and requests appointment of counsel. Court conducts colloquy with Defendant re: personal history (Deft was not interviewed By Pretrial Services due to time constraints and because he had no atty present). Court appoints counsel. Govt is not seeking detention. Court orders Deft released on conditions. Order Setting Conditions of Release is executed. Deft to next appear for arraignment on 11/1/04 at 3:00 p.m. in Courtroom Three. (Court Reporter FTR.) (Healy, Bethaney) (Entered: 10/28/2004) |
| 10/27/2004 | 3 | Magistrate Judge Kenneth P. Neiman. ORDER Setting Conditions of Release ENTERED, cc:cl. [Conditions: appear for arraignment on 11/1/04 at 3:00 p.m. in Courtroom Three; report to PTS as directed (between 10/27/-11/1/04, report every weekday morning, as directed); obtain no passport; deft restricted from premises of the elementary school adjacent to his residence; maintain residence at 10 Belchertown Rd., Apt 36, College Inn Apts, Amherst, MA; deft is prohibited from using the internet] (Healy, Bethaney) (Entered: 10/28/2004) |
| 10/28/2004 | 4 | Govt's MOTION to Unseal Case (Indictment) as to Robert Sokolowski by USA filed. (Stuckenbruck, John) (Entered: 10/28/2004) |
| 10/28/2004 |  | Judge Michael A Ponsor : ELECTRONIC ORDER entered granting [4] Motion to Unseal Case as to Robert Sokolowski (1) (Healy, Bethaney) (Entered: 10/29/2004) |
| 10/29/2004 |  | Attorney update in case as to Robert Sokolowski. Attorney Alan J. Black for Robert Sokolowski added. (Healy, Bethaney) (Entered: 10/29/2004) |
| 11/01/2004 |  | Electronic Clerk's Notes for proceedings held before Magistrate Judge Kenneth P. Neiman. Counsel (Attys O'Regan and Black) and Defendant appear for Arraignment as to Robert Sokolowski re: Count 1 held on 11/1/2004. Deft pleads not guilty to charges. Schedule established with order to issue. Deft moves orally for modification of conditions of release (allowing Defendant to report by cellular telephone). Govt has no objection to modification. Clerk to inform Pretrial Services. (Court |

| | | |
|---|---|---|
| | | Reporter FTR.) (Healy, Bethaney) (Entered: 11/03/2004) |
| 11/01/2004 | 5 | NOTICE re automatic disclosure as to Robert Sokolowski (Healy, Bethaney) (Entered: 11/03/2004) |
| 11/01/2004 | 6 | Magistrate Judge Kenneth P. Neiman. SCHEDULING ORDER as to Robert Sokolowski ENTERED, cc:cl. Initial Status Conference set for 12/20/2004 at 1:30 PM in Courtroom 3 before Magistrate Judge Kenneth P. Neiman; joint memo by 12/17/04. (Healy, Bethaney) (Entered: 11/04/2004) |
| 11/22/2004 | 7 | Govt's Letter (non-motion) regarding discovery obligations as to Robert Sokolowski filed. (Finn, Mary) (Entered: 11/23/2004) |
| 12/16/2004 | 8 | Deft's MOTION for Leave to File discovery req. letter late as to Robert Sokolowski filed. (Finn, Mary) (Entered: 12/16/2004) |
| 12/16/2004 | | Judge Kenneth P. Neiman : ELECTRONIC ENDORSED ORDER entered granting the Deft's 8 Motion for Leave to File discovery letter late as to Robert Sokolowski (1); cc/cl. (Finn, Mary) (Entered: 12/16/2004) |
| 12/16/2004 | 9 | Deft's Letter (non-motion) regarding discovery as to Robert Sokolowski filed. (Finn, Mary) (Entered: 12/16/2004) |
| 12/17/2004 | 10 | STATUS REPORT pursuant to L.R. 116.5 (A) by USA as to Robert Sokolowski filed.(Finn, Mary) (Entered: 12/20/2004) |
| 12/17/2004 | 11 | Govt's Letter (non-motion) regarding discovery as to Robert Sokolowski filed. (Finn, Mary) (Entered: 12/20/2004) |
| 12/20/2004 | 12 | Judge Kenneth P. Neiman : FINAL STATUS REPORT as to Robert Sokolowski entered. Status Conference set for 3/11/2005 10:30 AM in Courtroom 3 before Magistrate Judge Kenneth P. Neiman. Parties joint memorandum due by close of business on 3/09/2005; cc/cl. (Finn, Mary) (Entered: 12/20/2004) |
| 12/20/2004 | 13 | Judge Kenneth P. Neiman : INTERIM SCHEDULING ORDER as to Robert Sokolowski. Status Conference set for 3/11/2005 10:30 AM in Courtroom 3 before Magistrate Judge Kenneth P. Neiman. Joint memorandum due 3/09/2005; cc/cl. (Finn, Mary) (Entered: 12/20/2004) |
| 03/10/2005 | 14 | Parties Joint MOTION to Continue the status conf. set for 3/11/2005 to a date after 3/23/2005 as to Robert Sokolowskiby Robert Sokolowski, USA filed. (Finn, Mary) (Entered: 03/10/2005) |
| 03/11/2005 | | Judge Kenneth P. Neiman : ELECTRONIC ENDORSED ORDER entered granting the parties 14 Motion to Cont. the status from 3/11/2005 to 3/31/2005 at 2:30 P.M. as to Robert Sokolowski (1); cc/cl. (Finn, Mary) (Entered: 03/11/2005) |
| 03/11/2005 | | Reset Hearings as to Robert Sokolowski: Status Conference reset to 3/31/2005 at 02:30 PM in Courtroom 3 before Magistrate Judge Kenneth P. Neiman. (Finn, Mary) (Entered: 03/11/2005) |

| | | |
|---|---|---|
| 03/28/2005 | 15 | Govt's MOTION to Continue to after April 4, 2005 the status conference hearing as to Robert Sokolowskiby USA. (Lindsay, Maurice) (Entered: 03/28/2005) |
| 03/28/2005 |  | Judge Kenneth P. Neiman : Electronic ORDER entered granting 15 Motion to Continue Status Conference as to Robert Sokolowski (1). Conference continued to 4/13/05 @ 2:30 PM. (Stuckenbruck, John) (Entered: 03/28/2005) |
| 04/13/2005 | 16 | Parties STATUS REPORT pursuant to L.R. 116.5(A) by Robert Sokolowski, USA as to Robert Sokolowski filed. (Finn, Mary) (Entered: 04/13/2005) |
| 04/14/2005 |  | Electronic Clerk's Notes for proceedings held before Magistrate Judge Kenneth P. Neiman. Counsel (Attys Vuono and Black) appear for Status Conference as to Robert Sokolowski held on 4/14/2005. Colloquy re: status of discovery. Counsel for Deft indicates that the Deft anticipates pleading guilty to the charges. Date for Rule 11 Hearing before D/J Ponsor set for 5/26/05 at 3:00 p.m. in Courtroom One. Final Status Report to issue. Colloquy with court re: Deft's current residence. (Court Reporter FTR.) (Healy, Bethaney) (Entered: 04/14/2005) |
| 04/14/2005 | 17 | Magistrate Judge Kenneth P. Neiman. FINAL STATUS REPORT as to Robert Sokolowski ENTERED, cc:cl. Change of Plea Hearing set for 5/26/2005 at 3:00 PM in Courtroom 1 before District Judge Michael A Ponsor. (Healy, Bethaney) (Entered: 04/14/2005) |
| 04/14/2005 | 18 | Magistrate Judge Kenneth P. Neiman. ORDER ON EXCLUDABLE DELAY as to Robert Sokolowski ENTERED, cc:cl. Time excluded from October 27, 2004 until April 13, 2005. (Healy, Bethaney) (Entered: 04/14/2005) |
| 04/14/2005 |  | Case as to Robert Sokolowski no longer referred to Magistrate Judge Kenneth P. Neiman. (Healy, Bethaney) (Entered: 04/14/2005) |
| 05/11/2005 | 19 | Gvot's Assented to MOTION to Continue the change of plea hearing date of 5/26/2005 to 6/24/2005 at 11:30 A.M. as to Robert Sokolowskiby USA filed. (Finn, Mary) (Entered: 05/11/2005) |
| 05/12/2005 |  | Judge Michael A Ponsor : Electronic ORDER entered granting 19 Motion to Continue Plea hearing as to Robert Sokolowski (1)Hearing reset to 6/24/05 at 11:30 a.m. (French, Elizabeth) (Entered: 05/12/2005) |
| 06/24/2005 |  | Electronic Clerk's Notes for proceedings held before Judge Michael A Ponsor :Change of Plea Hearing as to Robert Sokolowski held on 6/24/2005, Plea entered by Robert Sokolowski (1) Guilty Count 1. Sentencing set for 9/16/2005 02:00 PM in Courtroom 1 before Judge Michael A Ponsor. (Court Reporter Alice Moran.) (French, Elizabeth) (Entered: 06/28/2005) |
| 06/28/2005 | 20 | Judge Michael A Ponsor : Electronic ORDER entered. PROCEDURAL ORDER re sentencing hearing as to Robert Sokolowski Sentencing set for 9/16/2005 02:00 PM in Courtroom 1 before Judge Michael A Ponsor. |

| | | |
|---|---|---|
| | | (French, Elizabeth) (Entered: 06/28/2005) |
| 08/08/2005 | 21 | MOTION for Forfeiture of Property as to Robert Sokolowskiby USA. (Attachments: # 1 Text of Proposed Order)(Zacks, Jennifer) (Entered: 08/08/2005) |
| 09/01/2005 | | Judge Michael A Ponsor : Electronic ORDER entered granting 21 Motion for Forfeiture of Property as to Robert Sokolowski (1) See Order for Details (French, Elizabeth) (Entered: 09/01/2005) |
| 09/01/2005 | 22 | Judge Michael A Ponsor : ORDER entered. PRELIMINARY ORDER DIRECTING FORFEITURE OF PROPERTY as to Robert Sokolowski. (Stuckenbruck, John) (Entered: 09/01/2005) |
| 09/09/2005 | 23 | Assented to MOTION to Continue as to Robert Sokolowski. (Black, Alan) (Entered: 09/09/2005) |
| 09/13/2005 | | Judge Michael A Ponsor : Electronic ORDER entered granting 23 Motion to Continue Sentencing as to Robert Sokolowski (1) Sentencing reset to 10/21/05 at 2:00 p.m. (French, Elizabeth) (Entered: 09/13/2005) |
| 09/13/2005 | | Set/Reset Deadlines/Hearings as to Robert Sokolowski: Sentencing reset for 10/21/2005 03:00 PM in Courtroom 1 before Judge Michael A Ponsor. (French, Elizabeth) (Entered: 09/13/2005) |
| 10/19/2005 | 24 | MOTION for Downward Departure *and Defendant's Pre-Sentencing Memorandum* as to Robert Sokolowski. (Black, Alan) (Entered: 10/19/2005) |
| 10/21/2005 | 25 | Govt's Opposition by USA as to Robert Sokolowski re 24 MOTION for Downward Departure *and Defendant's Pre-Sentencing Memorandum* filed. (Finn, Mary) (Entered: 10/21/2005) |
| 10/21/2005 | | ElectronicClerk's Notes for proceedings held before Judge Michael A Ponsor - SENTENCING HEARING HELDJUDGMENT TO ISSUE (Court Reporter Alice Moran.) (French, Elizabeth) (Entered: 10/26/2005) |
| 10/24/2005 | 26 | Letter (non-motion) regarding Recommendation of Facility as to Robert Sokolowski (Black, Alan) (Entered: 10/24/2005) |
| 10/24/2005 | 27 | Assented to MOTION to Modify Defendant's Date in Which to Surrender as to Robert Sokolowski. (Black, Alan) (Entered: 10/24/2005) |
| 10/25/2005 | | Judge Michael A Ponsor : ElectronicORDER entered granting 27 Motion to modify def's date in which to self surrender as to Robert Sokolowski (1) (New date of self surrender (11/25/05 shall be reflected on original judgment) (French, Elizabeth) (Entered: 10/25/2005) |
| 10/26/2005 | 28 | Judge Michael A Ponsor : ElectronicORDER entered. JUDGMENT as to Robert Sokolowski (1), Count(s) 1, 46 Months imprisonment; Jud Rec: Def. permitted to serve sentence at the Federal Facility located at FMC Devens, MA; Def. to self report before 2:00 pm on 11/25/05 (Amended date by motion prior to Judgment issued) Sup. Rel. 3 yrs; Possess no firearm; Submit to collection of DNA sample; Part. in sex offender |

|  |  |  |
|---|---|---|
|  |  | specific treatment program which may include sex offender specific testing and contribute to costs; Required to submit to periodic polygraph testing to insure def. is in compliance w/requirements of therapeutic program and contribute to costs; Prohibited from engaging in an occupation, business, or profession that would require or enable him to have direct or indirect supervision of children under the age of 18 and is not to have unsupervised contact with anyone under the age of 18; Prohibited from possessing a computer and or related materials except as deemed necessary for work purposes; no viewing or poss. of any kind of pornography or sexually explicit materials; no use of internet at home, work or elsewhere; prohibited from maintaining a computer at his residence; shall use true name and prohibited from the use of any false identifying information which includes but is not limited to aliases, false dates of birth, false social security numbers and incorrect places of birth, report his address and any subsequent address changes to probation; register as sex offender as required in any state where he resides, is employed, carries on a vocation or is a student; Assessment of $100 due immediately; Forfeiture of Computer system and all related items seized by the Government (French, Elizabeth) (Entered: 10/26/2005) |
| 11/21/2005 | 29 | Deft's NOTICE OF APPEAL by Robert Sokolowski re 28 Judgment filed. Filing fee of $255.00 paid. Receipt number: 306102. NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 12/12/2005. (Finn, Mary) (Entered: 11/21/2005) |
| 11/21/2005 |  | Origian file and docket sheet as to Robert Sokolowski forwarded to the Appeals Clerk. (Finn, Mary) (Entered: 11/21/2005) |