**MANDATE**

# United States Court of Appeals
## For the First Circuit

No. 05-2768

UNITED STATES,

Appellee,

v.

ROBERT SOKOLOWSKI,

Defendant - Appellant.

---

**JUDGMENT**

**Entered: January 26, 2006**

Upon consideration of appellant's unopposed motion,

It is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b).

Mandate to issue forthwith.

**Certified and Issued as Mandate under Fed. R. App. P. 41.**

Richard Cushing Donovan, Clerk

*M. Reed*
**Deputy Clerk**
Date: 1/26/06

By the Court:
Richard Cushing Donovan, Clerk

By: *AMY B. LEDERER*
Amy Lederer, Appeals Attorney

[cc: Robert Sokolowski, Alan Black, Esq., Ariane Vuono, AUSA, Dina Michael Chaitowitz, AUSA]