

## Department of the Treasury
*Federal Law Enforcement Agencies*
### PROCESS RECEIPT AND RETURN

| PLAINTIFF<br>UNITED STATES OF AMERICA | COURT CASE NUMBER<br>CR No. 04-30051-MAP |
|---|---|
| DEFENDANT<br>Robert Sokolowski | TYPE OF PROCESS<br>Preliminary Order of Forfeiture |

| SERVE AT | Name Of Individual, Company, Corporation, Etc.. to Serve or Description of Property to Seize |
|---|---|
| | Publication |
| | Address (Street or RFD / Apt. # / City, State, and Zip Code) |

| Send NOTICE OF SERVICE copy to Requester:<br>JENNIFER H. ZACKS, ASSISTANT U.S. ATTORNEY<br>UNITED STATES ATTORNEY'S OFFICE<br>John Joseph Moakley United States Courthouse<br>1 Courthouse Way, Suite 9200<br>Boston, Massachusetts 02210 | Number Of Process To Be Served In This Case. | |
|---|---|---|
| | Number Of Parties To Be Served In This Case. | |
| | Check Box If Service Is On USA | |

SPECIAL INSTRUCTIONS or OTHER INFORMATION TO ASSIST IN EXPEDITING SERVICE (includes Business and Alternate Addresses, Phone Numbers, and Estimated Availability times.)

Please publish the attached Notice of Order of Forfeiture at least once for three (3) successive weeks in the <u>Springfield Union</u> or any other newspaper of general circulation in the District of Massachusetts, in accordance with the attached Preliminary Order of Forfeiture and applicable law.

JMD x3296

| Signature of Attorney or other Originator requesting service on behalf of *[signature]* | [X] Plaintiff<br>[ ] Defendant | Telephone No.<br>(617) 748-3100 | Date<br>September 2, 2005 |
|---|---|---|---|
| SIGNATURE OF PERSON ACCEPTING PROCESS: | | | Date |

### SPACE BELOW FOR USE OF TREASURY LAW ENFORCEMENT AGENCY

| I acknowledge receipt for the Total # of Process Indicated. | District of Origin No. ___ | District to Serve No. ___ | SIGNATURE OF AUTHORIZED TREASURY AGENCY OFFICER: | Date |
|---|---|---|---|---|

I hereby Certify and Return That I [ ] PERSONALLY SERVED, [ ] HAVE LEGAL EVIDENCE OF SERVICE, [X] HAVE EXECUTED AS SHOWN IN "REMARKS", the Process Described on the Individual, Company, Corporation, Etc., At The Address Shown Above or at the Address Inserted Below.

[ ] I HEREBY CERTIFY AND RETURN THAT I AM UNABLE TO LOCATE THE INDIVIDUAL, COMPANY, CORPORATION, ETC. NAMED ABOVE.

| NAME & TITLE of Individual Served If not shown above: | [ ] A Person of suitable age and discretion then residing in the defendant's usual place of abode. | | |
|---|---|---|---|
| ADDRESS: (Complete only if different than shown above.) REMARKS: The above-described Notice was published in the Springfield Republican (formerly Union) on August 2, 8 and 15, 2007. Copy of newspaper is attached. | Date of Service<br>Please (at left). | Time of Service  [ ] AM<br>see REMARKS  [ ] PM | |
| | Signature, Title and Treasury Agency *[signature]*<br>Stephen P. Leonard, Forfeitures Officer<br>U.S. Customs and Border Protection | | Sept 6, 2007 |

affidavit

TD F 90-22.48 (6/96)

[ ] RETURN TO COURT    [ ] FOR CASE FILE    [ ] LEAVE AT PLACE OF SERVICE    [ ] FILE COPY



**DAILY AND SUNDAY**

# AFFIDAVIT

I hereby certify that the advertisement as detailed below appeared in all editions of The Republican on Thursday, August 2, 2007 on page D5, on Wednesday August 8, 2007 on page D5, and on Wednesday August 15, 2007 on page D6 all in the legal notice section. Ads concerned United States District Court-State of Mass - Notice of Forfeiture - Robert Sokolowski

*Laura Lasorsa*

COMMONWEALTH OF MASSACHUSETTS

COUNTY OF HAMPDEN

On August 22, 2007, at Springfield, Massachusetts, Laura Lasorsa personally appeared before me, WHO MADE OATH THAT THE FOREGOING IS A TRUE AND CORRECT STATEMENT.

*Elizabeth A. Cronin*
NOTARY PUBLIC

ELIZABETH A. CRONIN
NOTARY PUBLIC
COMMONWEALTH OF MASSACHUSETTS
My Commission Expires April 13, 2012

Springfield, Massachusetts 01103

## Legal Notices

UNITED STATES DISTRICT COURT DISTRICT OF MASSACHUSETTS, ss. NOTICE OF ORDER OF FORFEITURE Criminal No. 04-30051-MAP United States of America, District of Massachusetts, at Boston, Massachusetts, September 1, 2005. Notice is hereby given that a Preliminary Order of Forfeiture has been entered in the United States District Court against the interests of Defendant Robert Sokolowski, in the following properties, pursuant to Title 18, United States Code, Section 2253(a): "the computer system and related items that were seized by law enforcement officials from the Defendant's residence on June 3, 2004 (hereinafter the "Defendant Property"). Upon adjudication of all third party interests, the United States of America intends to dispose of the Defendant Property named above, in accordance with the law. Pursuant to 18 U. S. C. 2253(m), any person, other than the Defendant, having or claiming to have a legal interest in the above-described Defendant Property may, within thirty (30) days of the final publication of notice or receipt of this notice, whichever is earlier, petition the Court for a hearing to adjudicate the validity of the petitioner's alleged interest in the Defendant Property. The petition must be filed with the United States District Court for the District of Massachusetts and served upon the United States Attorney's Office, Asset Forfeiture Unit, 1 Courthouse Way, Suite 9200, Boston, Massachusetts 02210, within the thirty (30) day period provided under 18 U. S. C. 2253(m). The petition shall be signed by the petitioner under the pains and penalties of perjury and shall be set forth in the nature and extent of the petitioner's right, title, or interest in the forfeited Defendant Property, the time and circumstances of the petitioner's acquisition of the right, title, or interest in the Defendant Property, any additional facts supporting the petitioner's claim, and the relief sought. Upon adjudication of all third party interests, the Court will enter a final order of forfeiture, pursuant to 18 U. S. C. 2253, in which all such interests will be addressed. Port Director - 2004-0401-000149-01 United States Department of Homeland Security Bureau of Customs and Border Protection District of Massachusetts (August 1, 8, 15)
*Published in Republican on 08/01*

